UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WILMINGTON TRUST, NATIONAL ASSOCIATION, AS TRUSTEE FOR MORGAN STANLEY BANK OF AMERICA MERRILL LYNCH TRUST 2014-C19, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2014-C19, and RSS MSBAM 2014-C19-DE MEC, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL KLEIN and EK 2013 FAMILY TRUST, <br><br> Defendant. | CASE No. 1:22-cv-09266-JHR |

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned parties that, pursuant to Rules 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned case shall be and hereby is dismissed with prejudice and without costs or fees to any party against the other.

Dated: September 15, 2025

VENABLE LLP

By: /s/ Brent Procida
Gregory A. Cross
Brent W. Procida
750 East Pratt Street, Suite 900
Baltimore, Maryland 21202
Telephone: (410) 244-7400
bwprocida@venable.com

*Attorneys for Plaintiffs*

67831079

KLUGER, KAPLAN, SILVERMAN,
KATZEN & LEVINE, P.L.

By: /s/ Steve I. Silverman
Steve I. Silverman
201 S. Biscayne Boulevard, 27th Floor
Miami, Florida 33131
Telephone: (305) 379-9000
ssilverman@klugerkaplan.com

*Attorneys for Michael Klein*

KASOWITZ LLP

By: /s/ Kenneth R. David
Kenneth R. David
1633 Broadway
New York, New York 10019
Telephone: (212) 506-3371
KDavid@kasowitz.com

*Attorneys for EK 2013 Family Trust*